454 A.2d 182

Magen, Appellant v. Lankenau Hospital, et al.
Petition for Allowance of Appeal
Granted May 16, 1983.

Argued September 10, 1980. S. Robert Levant, for appellant; Ralph L. Hose, for Lankenau, appellee; James J. McCabe, for Jones, appellee; James L. Griffith, for Neal, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment affirmed.